PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SINGH,<br><br>               Plaintiff,<br><br>v.<br><br>USCIS, ET AL.,<br><br>               Defendants. | CASE NO. 2:24-cv-02067-JAM-AC<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME** |

    The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2021. USCIS is working to resolve this matter and anticipates it will be able to take further action within a 30-day extension.

/ / /

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is **November 6, 2024**.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  October 1, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: October 1, 2024

/s/ JOSEPH SIGUENZA
JOSEPH SIGUENZA
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  October 3, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE