1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  TARLOCHAN SINGH,                    CASE NO.  2:24-cv-02067-JAM-AC

12                      Plaintiff,      **STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME**

13               v.

14  USCIS, ET AL.,

15                      Defendants.

16

17

18

19       The Defendants respectfully request a second extension of time in which to respond to the

20  complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship

21  and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending

22  asylum application, which he filed in 2021.  USCIS continues working to resolve this matter.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

                                    1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is **November 20, 2024**.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  November 5, 2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: November 5, 2024

/s/ JOSEPH SIGUENZA
JOSEPH SIGUENZA
Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: November 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2